ALFRED E. KRASKI ET AL., APPELLEES, V. DAVID
BANWELL ET AL., APPELLANTS.

265 N. W. 2d 458

Filed May 10, 1978. No. 41632.

Ronald Rosenberg, for appellants.

Van Steenberg, Brower, Chaloupka, Mullin & Holyoke, David T. Schroeder, and Padley & Dudden, for appellees.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, CLINTON, BRODKEY, and WHITE, JJ.

WHITE, C. THOMAS, J.

The last full paragraph of the opinion at page 282 is withdrawn and the following is added:

The granting of a partial summary judgment to the appellees was erroneous. The judgment is reversed and the cause is remanded to the District Court for trial on the remaining issues raised in the pleadings.